UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Gary DeLoach, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>DEERE & CO. (d/b/a JOHN DEERE),<br><br>    Defendant. | Case No. 1:22-cv-02945<br><br>Hon. Marvin E. Aspen |

**DEFENDANT DEERE & COMPANY'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD**

Defendant Deere & Company ("John Deere"), by and through its undersigned attorneys, respectfully moves this Court for an order extending John Deere's time to answer or otherwise plead by 30 days unless an alternative deadline is established by a case management conference or an order from the Court in the consolidated action entitled In re: Deere and Company Repair Services Antitrust Litigation, 3:22-cv-50188 pending in the Northern District of Illinois (Western Division) before the Honorable Iain D. Johnston. In support of this Motion, John Deere states as follows:

1. Plaintiff Gary DeLoach ("Plaintiff") filed his Complaint against John Deere on or about June 6, 2022. (ECF No. 1).

2. On February 25, 2022, John Deere filed with the Judicial Panel on Multidistrict Litigation ("JPML") a Motion to Transfer for Consolidated Proceedings the then-pending six cases against it for consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. (ECF No. 6, Exhibit A).

3. Following briefing and oral argument, on June 1, 2022, the JPML ordered the six original actions pending against John Deere to be transferred to the Northern District of Illinois (Western Division) before the Honorable Iain D. Johnston for coordinated or consolidated pretrial proceedings.

4. On June 9, 2022, John Deere filed a Notice of Potential Tag-Along Action with the JPML identifying this action as related to the other cases consolidated and transferred by the JPML. (ECF No. 6, Exhibit B).

5. By rule, John Deere's deadline to answer or otherwise plead in this action is June 28, 2022.

6. On June 23, 2022, John Deere's counsel communicated with Plaintiff's counsel regarding the relief requested herein. Plaintiff's counsel agreed to extend the time for John Deere to answer or otherwise plead by 30 days unless an alternative deadline is established by a case management conference or an order from the Court in the consolidated action entitled In re: Deere and Company Repair Services Antitrust Litigation, 3:22-cv-50188 pending in the Northern District of Illinois (Western Division) before the Honorable Iain D. Johnston. Plaintiff's counsel confirmed that Plaintiff does not oppose this motion for extension of time to answer or otherwise plead.

7. John Deere now seeks an order from this Court extending John Deere's time to answer or otherwise plead by 30 days unless an alternative deadline is established by a case management conference or an order from the Court in the consolidated action entitled In re: Deere and Company Repair Services Antitrust Litigation, 3:22-cv-50188 (Northern District of Illinois- Western Division).

8. This is the first request for additional time sought by John Deere in this action.

9. This extension is sought in good faith and not for the purposes of delay. Neither party will be prejudiced by this extension.

10. WHEREFORE, for the foregoing reasons, Defendant Deere & Company respectfully requests that this Court extend its time to answer or otherwise plead by 30 days unless an alternative deadline is established by a case management conference or an order from the Court in the consolidated action entitled In re: Deere and Company Repair Services Antitrust Litigation, 3:22-cv-50188 (Northern District of Illinois- Western Division).

Dated: June 24, 2022

    Respectfully submitted,

    <u>/s/ *Amanda B. Maslar*</u>

    Amanda B. Maslar (6321073)
    amaslar@jonesday.com
    JONES DAY
    110 North Wacker, Suite 4800
    Chicago, IL  60606
    Telephone:  (312) 782-3939
    Facsimile:   (312) 782-8585

    John M. Majoras*
    jmmajoras@jonesday.com
    JONES DAY
    51 Louisiana Avenue, N.W.
    Washington, DC 20001
    Telephone: (202) 879-3939

    Tiffany Lipscomb-Jackson*
    tdlipscombjackson@jonesday.com
    JONES DAY
    325 John H. McConnell Boulevard, Suite 600
    Columbus, OH 43215-2673
    Telephone:  (614) 281-3876

    Corey A. Lee*
    calee@jonesday.com
    JONES DAY
    North Point
    901 Lakeside Avenue
    Cleveland, Ohio 44114
    Telephone: (216) 586-3939

    *\*Pro Hac Vice Application Forthcoming*

    *Counsel for Defendant Deere & Company*

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing was filed using the CM/ECF system, which will effectuate service on all counsel of record.

    */s/ Amanda B. Maslar*